**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jerome KABAMBA**<br>DOB: 2002; Congo Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>23-07552MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 1, 2023, in the District of Arizona, **Jerome KABAMBA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 60 boxes containing a total of 600 rounds of PMC Bronze 50 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 1, 2023, **Jerome KABAMBA** attempted to enter the United States from the Republic of Mexico through the Lukeville Port of Entry in Lukeville, Arizona. Customs and Border Protection Officers (CBPOs) were conducting inbound inspections when they encountered **Jerome KABAMBA** who was the driver and sole occupant of a red 2009 Chevrolet Cobalt with an Arizona registration plate. **KABAMBA** had been turned around by Mexican authorities after being denied admission into Mexico for improper vehicle registration. At primary inspection at the Lukeville Port of Entry, **KABAMBA's** vehicle was selected to be sent to secondary inspection. During secondary inspection, **KABAMBA** was asked if there were any firearms or ammunition inside the vehicle to which he stated there were not. A subsequent search of the trunk of the vehicle revealed sixty (60) boxes containing PMC Bronze 50 caliber ammunition, totaling 600 rounds of ammunition.

In a post-*Miranda* interview, **KABAMBA** admitted that he was attempting to smuggle the sixty (60) boxes of PMC Bronze 50 caliber ammunition, totaling 600 rounds of ammunition out of the United States and into Mexico.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**CHRISTOPHER M CRAVENS** Digitally signed by CHRISTOPHER M CRAVENS Date: 2023.08.02 09:56:47 -07'00' |
|---|---|
| AUTHORIZED AUSA *Raquel Arellano*  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2023.08.02 09:38:22 -07'00' | OFFICIAL TITLE<br>HSI Special Agent Christopher Cravens |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>August 2, 2023 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

23-07552MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

**KABAMBA** stated that he was expecting to receive $600.00.  **KABAMBA** further admitted that he knew the ammunition was inside the trunk of the vehicle.  He stated that he was not licensed to transport firearms or ammunition from the United States into Mexico.

The ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.  **KABAMBA** does not possess a license to export ammunition into Mexico.